| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Gillespie Office and Systems Furniture, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **FDBA  A&B Printing**<br>**DBA  A&B Printing and Mailing** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **88-0474575** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**2908 S. Highland**<br>**Las Vegas, NV 89109**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **http://www.abprint.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor **Gillespie Office and Systems Furniture, Inc.**    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __3231__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Gillespie Office and Systems Furniture, Inc.**        Case number (*if known*)
   Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard?  _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other  _____

   **Where is the property?**  _____
      Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.   Insurance agency  _____
            Contact name  _____
            Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**     .   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Gillespie Office and Systems Furniture, Inc.**       Case number (*if known*)
              Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 11, 2016**
                      MM / DD / YYYY

X **/s/ Kathleen L. Gillespie**                                 **Kathleen L. Gillespie**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Zachariah Larson**                                      Date  **April 11, 2016**
Signature of attorney for debtor                                       MM / DD / YYYY

**Zachariah Larson**
Printed name

**LARSON & ZIRZOW, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 382-1170**      Email address  **zlarson@lzlawnv.com**

**7787**
Bar number and State

Resolution of Board of Directors
of
Gillespie Office and Systems Furniture, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Kathleen L. Gillespie, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Kathleen L. Gillespie, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Kathleen L. Gillespie, President of this Corporation is authorized and directed to employ Zachariah Larson 7787, attorney and the law firm of LARSON & ZIRZOW, LLC to represent the corporation in such bankruptcy case.

Date  April 11, 2016                              Signed  _____

**United States Bankruptcy Court**
**District of Nevada**

In re   **Gillespie Office and Systems Furniture, Inc.**                                   Case No. _____
                                          Debtor(s)                                        Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

   I, Kathleen L. Gillespie, declare under penalty of perjury that I am the President of Gillespie Office and Systems Furniture, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 8th day of April, 2016.

   "Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

   Be It Therefore Resolved, that Kathleen L. Gillespie, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

   Be It Further Resolved, that Kathleen L. Gillespie, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

   Be It Further Resolved, that Kathleen L. Gillespie, President of this Corporation is authorized and directed to employ Zachariah Larson 7787, attorney and the law firm of LARSON & ZIRZOW, LLC to represent the corporation in such bankruptcy case."

Date  **April 11, 2016**                                  Signed _____
                                                                  /Kathleen L. Gillespie

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gillespie Office and Systems Furniture, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **List of Top Twenty Unsecured Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 11, 2016**    X **/s/ Kathleen L. Gillespie**
Signature of individual signing on behalf of debtor

**Kathleen L. Gillespie**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Gillespie Office and Systems Furniture, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of Nevada** **Attn: Bankruptcy Dept/Managing Agent** **777 North Rainbow Blvd.** **Las Vegas, NV 89107** | | **Business Line of credit** | | | | **$300,000.00** |
| **Xxpedx** **Attn: Managing Member** **P O Box 31001-1382** **Pasadena, CA 91110-1382** | | **Vendor** | | | | **$90,256.29** |
| **KBA North America** **Attn: Managing Member** **PO Box 619006** **Dallas, TX 75261-9006** | | **Vendor** | | | | **$32,328.51** |
| **Nevada Dept. of Taxation** **Bankruptcy Section** **555 E. Washington Avenue #1300** **Las Vegas, NV 89101** | | **Taxes** | | | | **$28,062.69** |
| **Amex@work** **Attn: Managing Member** **Box 0001** **Los Angeles, CA 90096-0001** | | **Credit card** | | | | **$22,388.03** |

Debtor **Gillespie Office and Systems Furniture, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kelly Paper Co**<br>**Attn: Managing Member**<br>**3655 West Sunset Rd #C**<br>**Las Vegas, NV 89118** | | **Vendor** | | | | $21,630.67 |
| **Internal Revenue Service**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | | **Federal withholding tax/ unemployment/ medicare** | | | | $13,655.89 |
| **Citibank Advantage**<br>**Attn: Bankruptcy Dept/Managing Agent** | | **Business credit card** | | | | $9,894.00 |
| **William Murphy**<br>**Attn: Managing Member**<br>**101 Branwell Drive**<br>**Latrobe, PA 15650** | | **Services** | | | | $5,000.00 |
| **Superior Letter Press Inc**<br>**Attn: Managing Member**<br>**2702 S. Highland Dr.**<br>**Las Vegas, NV 89109** | | **Vendor** | | | | $4,558.00 |
| **NV Energy**<br>**Attn: Managing Member**<br>**P O Box 30086**<br>**Reno, NV 89520** | | **Services** | | | | $4,110.11 |
| **CWA/ITU Pension**<br>**Attn: Managing Member**<br>**831 S. Nevada Ave. Suite 120**<br>**Colorado Springs, CO 80903** | | **Dues** | | | | $3,856.00 |
| **Choice Printing, Inc.**<br>**Attn: Managing Member**<br>**3654 W Osborn Suite 3**<br>**Phoenix, AZ 85019** | | **Vendor** | | | | $3,728.78 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

Debtor **Gillespie Office and Systems Furniture, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Spicers Paper**<br>**Attn: Managing Member**<br>**File 749316**<br>**Los Angeles, CA 90074-9316** | | **Vendor** | | | | **$3,499.22** |
| **Nevada Employment Security Dept.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**500 E. Third St.**<br>**Carson City, NV 89713** | | **Taxes** | | | | **$3,120.96** |
| **Clark County Democratic Party**<br>**Attn: Managing Member** | | **Advertising** | | | | **$3,000.00** |
| **Ricoh USA Inc**<br>**Attn: Managing Member**<br>**PO Box 31001-0850**<br>**Pasadena, CA 91110-0850** | | **Services-monthly** | **Disputed** | | | **$2,907.29** |
| **Nevada Employment Security Dept.**<br>**Attn: Bankruptcy Desk/Managing Agent**<br>**500 E. Third St.**<br>**Carson City, NV 89713** | | **Unemployment taxes** | | | | **$2,892.16** |
| **Creative Digital Printing**<br>**Attn: Managing Member**<br>**6415 Karms Park Court**<br>**Las Vegas, NV 89118** | | **Vendor** | | | | **$2,306.00** |
| **Nevada Retail Network Self Insured Group**<br>**Attn: Managing Member**<br>**575 S Saliman Road**<br>**Carson City, NV 89701** | | **Premiums-worker's compensation** | | | | **$1,368.59** |

# United States Bankruptcy Court
## District of Nevada

In re  **Gillespie Office and Systems Furniture, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **April 11, 2016**

**/s/ Kathleen L. Gillespie**  
**Kathleen L. Gillespie**/**President**  
Signer/Title

```
Gillespie Office and Systems Furniture, Inc.
2908 S. Highland
Las Vegas, NV 89109

Zachariah Larson
LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

United States Trustee
300 Las Vegas Blvd., South #4300
Las Vegas, NV 89101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Alchemy, LLC
c/o John R. McMillan, Esq.
Flangas Dalacas Law Group
3275 S. Jones Blvd., #105
Las Vegas, NV 89146

American Bindery Service & Supply, Inc.
Attn: Managing Member
150 W. Providencia Ave.
Burbank, CA 91502
```

```
Amex@work
Attn: Managing Member
Box 0001
Los Angeles, CA 90096-0001

ARC-Mercury Reprographics
Attn: Managing Member
345 Clinton Street
Costa Mesa, CA 92626

Bank of Nevada
Attn: Bankruptcy Dept/Managing Agent
777 North Rainbow Blvd.
Las Vegas, NV 89107

Barbara Allen
18 Starbrook Dr.
Henderson, NV 89052

Barbara Louise Allen Revocable Trust
18 Starbrook Dr.
Henderson, NV 89052

Business Cards Tomorrow/Craig Wasserman
Attn: Managing Member
3261 S Highland Dr.
Suite 612
Las Vegas, NV 89109

Century Link
Attn: Bankruptcy Dept/Managing Agent
PO Box 2961
Phoenix, AZ 85062

Choice Printing, Inc.
Attn: Managing Member
3654 W Osborn Suite 3
Phoenix, AZ 85019

Chris Miller
1700 Alta Dr.
Las Vegas, NV 89106

Citibank Advantage
Attn: Bankruptcy Dept/Managing Agent

Clark County Democratic Party
Attn: Managing Member


Concentra Inc
Attn: Managing Member
P. O. Box 9010
Broomfield, CO 80021
```

```
Creative Digital Printing
Attn: Managing Member
6415 Karms Park Court
Las Vegas, NV 89118

Creative Eye Embroidery Inc
Attn: Managing Member
4505 W Hacienda Ave #D2
Las Vegas, NV 89118

Culligan
Attn: Managing Member
4513 N Lamb Blvd
Las Vegas, NV 89115

CWA/ITU Pension
Attn: Managing Member
831 S. Nevada Ave. Suite 120
Colorado Springs, CO 80903

Debbie Morris
919 Date St.
Las Vegas, NV 89108

E & E Fire Protection
Attn: Managing Member
5678 La Costa Canyon Ct #100
Las Vegas, NV 89139

Elissa Cadish
c/o Midnight Printing, Inc.
2741 Lossee Road
North Las Vegas, NV 89030

Ennis Business Forms
Attn: Managing Member
P.O Box 841741
Dallas, TX 75284-1741

G & K Towel Service Inc
Attn: Managing Member
PO Box 842385
Boston, MA 02284-2385

George Alvarez
308 Smokin Loon Ave.
North Las Vegas, NV 89031

Grainger
Attn: Managing Member
Dept - 828585828
P.O. Box 419267
Kansas City, MO 64141-6267
```

Great Western Foils Inc
Attn: Managing Member
2279 Agate Court
Simi Valley, CA 93065

Green Dreams, Inc.
Attn: Managing Member
18 Starbrook Dr.
Henderson, NV 89052

Guardian Water & Power
Attn: Managing Member
1160 Goodale Blvd
Columbus, OH 43212

H & J Trophies
Attn: Managing Member
3111 S. Valley View Blvd B-114
Las Vegas, NV 89102

HASLER Total Funds By
Attn: Managing Member
PO Box 30193
Tampa, FL 33630-3193

IKON Financial Services
Attn: Bankruptcy Dept/Managing Agent
1738 Bass Road
Macon, GA 31210

John Lyles
10785 Muscari Way
Las Vegas, NV 89141

John Zona
Attn: Managing Member
1608 Cardinal Dr #208
Las Vegas, NV 89128

John Zona
1608 Cardinal Bluff Dr. #204
Las Vegas, NV 89128

Juliana Smith
c/o Time Printing
1224 Western Ave.
Las Vegas, NV 89102

Kathleen Gillespie
18 Starbrook Dr.
Henderson, NV 89052

Kathleen Lynn Gillespie Revocable Trust
18 Starbrook Dr.
Henderson, NV 89052

KBA North America
Attn: Managing Member
PO Box 619006
Dallas, TX 75261-9006

Kelly Paper Co
Attn: Managing Member
3655 West Sunset Rd #C
Las Vegas, NV 89118

Kevin French
5341 Hanging Tree Ln.
Las Vegas, NV 89118

L.A.Grinding Inc
Attn: Managing Member
P.O. Box 7855
Burbank, CA 91510

Las Vegas Rubber Stamp, LLC
Attn: Managing Member
7235 Bermuda Rd., Suite C
Las Vegas, NV 89119

Liza Reyes
9758 Maspalomas St.
Las Vegas, NV 89178

Lubcon
Attn: Managing Member
5460 33rd St SE
Grand Rapids, MI 49512

Mesa Pest Control Chas D Bates
Attn: Managing Member
PO Box 230141
Las Vegas, NV 89105

Nevada Employment Security Dept.
Attn:  Bankruptcy Desk/Managing Agent
500 E. Third St.
Carson City, NV 89713

Nevada Retail Network Self Insured Group
Attn: Managing Member
575 S Saliman Road
Carson City, NV 89701

NV Energy
Attn: Managing Member
P O Box 30086
Reno, NV 89520

```
Ohio Security Insurance Company
c/o Danile B. Heidtke, Esq.
Duane Morris, LLP
100 N. City Parkway, Ste. 1560
Las Vegas, NV 89106

Organized Karma, LLC
c/o John R. McMillan, Esq.
Flangas Dalacas Law Group
3275 S. Jones Blvd., #105
Las Vegas, NV 89146

Planet Properties LLC
c/o Davowoco, Inc., Manager
4535 W. Sahara Ave., Ste. 200
Las Vegas, NV 89102

Positve Space, Inc.
Attn: Barbara Allen
18 Starbrook Dr.
Henderson, NV 89052

PPMWS-CWA Local 14922
Attn: Managing Member
3395 S. Jones Blvd. PMT #209
Las Vegas, NV 89142

Prestige Box Corporation
Attn: Managing Member
P O Box 428
Great Neck, NY 11022-0428

Republic Services of Southern Nevada
Attn: Managing Member
PO Box 78829
Phoenix, AZ 85062-8829

Ricoh USA Inc
Attn: Managing Member
PO Box 31001-0850
Pasadena, CA 91110-0850

Ricoh USA, Inc.
Attn: Bankruptcy Dept/Managing Agent
70 Valley Stream Parkway
Malvern, PA 19355

Robbie Wolfe
2251 S. Fort Apache Rd., #1155
Las Vegas, NV 89117

Robert Bloecker
2301 Redwood St. #2204
Las Vegas, NV 89117
```

Ronni Council
c/o John R. McMillan, Esq.
Flangas Dalacas Law Group
3275 S. Jones Blvd., #105
Las Vegas, NV 89146

SOUTHWEST GAS
Attn: Managing Member
P. O. Box 98890
Las Vegas, NV 89150-0101

Spicers Paper
Attn: Managing Member
File 749316
Los Angeles, CA 90074-9316

St Croix Imports/Shinohara Parts
Attn: Managing Member
119 N Carpenter Street
Sumner, IA 50674

STICKERMAN
Attn: Managing Member
PO Box 580930
N Palm Springs, CA 92258

Superior Letter Press Inc
Attn: Managing Member
2702 S. Highland Dr.
Las Vegas, NV 89109

Technotrans
Attn: Managing Member
PO Box 5815
Carol Stream, IL 600197

Tina Ray
3609 Oriole Way
Las Vegas, NV 89103

Unisource Worldwide Inc
Attn: Managing Member
File 57006
Los Angeles, CA 89109-1091

William Murphy
Attn: Managing Member
101 Branwell Drive
Latrobe, PA 15650

Xxpedx
Attn: Managing Member
P O Box 31001-1382
Pasadena, CA 91110-1382